IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| **JOHN R. & ALANA W. MCCOY** | : | NO: **16-70009** jtl |
| | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |

**NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN BEFORE CONFIRMATION**

JOHN R. & ALANA W. MCCOY, DEBTOR(S) IN THE ABOVE-STYLED BANKRUPTCY MATTER, HAVE FILED PAPERS WITH THE COURT TO MODIFY THEIR CHAPTER 13 PLAN.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

THE ORIGINAL CONFIRMATION HEARING WAS SCHEDULED FOR **TUESDAY, APRIL 12, 2016.** HOWEVER, IF YOU DO NOT WANT THE COURT TO APPROVE THE PROPOSED MODIFICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION ON OR BEFORE THE FIFTH BUSINESS DAY PRIOR TO THE HEARING RESCHEDULED FOR **TUESDAY, MAY 10, 2016, AT THE 12:00 P.M. AT U. S. COURTROOM, U. S. COURTHOUSE AND POST OFFICE BUILDING, 401 N. PATTERSON STREET, VALDOSTA, GEORGIA.** YOU MUST SERVE A COPY OF SAID OBJECTION TO THE DEBTORS' ATTORNEY, F. ANTHONY BLAKEY, KELLEY, LOVETT, & BLAKEY, 2539 LAFAYETTE PLAZA, P.O. BOX 70879, ALBANY, GEORGIA 31708 AND THE **UNITED STATES BANKRUPTCY COURT, AT P.O. BOX 2147, COLUMBUS, GEORGIA 31902**.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION/OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

This ____ day of April 2016.

_____
F. ANTHONY BLAKEY,
Attorney for Debtor(s)
P.O. Box 70879
Albany, GA   31708
(229) 888-9128
State Bar No. 061817
cstrassenberg@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| **JOHN R. & ALANA W. MCCOY** | : | NO: **16-70009** jtl |
| | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |

**MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION**

The debtor(s) under the authority of Section 1323 of the Bankruptcy Code, files this Motion for Modification of Plan and respectfully shows:

-1-

Debtor(s) withdraw(s) their Chapter 13 plan previously filed and substitutes a new plan to include pre-petition arrears payment to Chase Mortgage and Vanderbilt Mortgage. The modified plan proposes to pay $1,015.00 per month. A copy of the proposed plan is attached hereto, and the debtor(s) propose(s) to modify their plan as shown.

-2-

After notice and opportunity for objections, the plan as modified should become the debtors' plan.

**WHEREFORE,** the debtors' pray(s) that their Motion for Modification of Plan be approved.

This __6th__ day of April 2016.

/s/ F. Anthony Blakey
F. ANTHONY BLAKEY,
Attorney for Debtor(s)
P.O. Box 70879
Albany, GA  31708
(229) 888-9128
State Bar No. 061817
cstrassenberg@kelleylovett.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JOHN RICHMOND McCOY & ALANA WILSON McCOY | : | NO. 16-70009 |
| | : | |
| Debtor(s) | : | CHAPTER 13 PROCEEDING |

### MODIFIED CHAPTER 13 PLAN BEFORE CONFIRMATION

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the Trustee the sum of $ **1,015.00** monthly.

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.

   (b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim).

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER THE PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| | | |

   (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| Freedom Road Financial | $ 100 |
| Ally Financial | $ 100 |

   (d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a).

| NAME OF CREDITOR | AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|
| Freedom Road Financial | $ 9,926 | 5% | 2014 Triumph Tiger motorcycle | $ 300 |
| | | | | $ 300 |

   (e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| Ally Financial | $ 15,566 | $ 13,900 | 5% | 2012 Jeep Patriot | $ 430.00 |
| ~~Yamaha / Synchrony~~ | ~~4,523~~ | ~~Debt~~ | ~~5%~~ | ~~classify~~ | ~~125.00~~ |
| Chase | 1481 | N/A | 0% | Estimated arrears | 25.00 |
| Vanderbilt | 1636 | N/A | 0% | Arrears | 30.00 |
| | | | | | $ 610 |

(f) *Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of **$ 2,940.00** to be paid as follows: Pursuant to Current Administrative Order on attorney Fee Awards.

(g) After the above are paid, distribution will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT DUE | ESTIMATED VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
|  |  |  |  |  |

(h) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
|  |  |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of ____%. (If this is left blank, no interest will be paid.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
|  |  |

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:

(k) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(l) The debtor(s) will be the disbursing agent on the following debts:

    1.    **Chase Mortgage – direct payments on mortgage.**
    2.    **Vanderbilt – to be paid by Lance Arnett.**
    3.    **Colquitt Teachers FCU – direct payment on 2004 Toyota 4-runner.**
    4.    **Michael Sharon MD – continuing payments to primary physician.**

(m) Special provisions:

    (1) Within thirty (30) days of completion of payments of the secured debt to **Freedom Road and Ally Financial** shall surrender the title to the vehicle to the debtor with their lien satisfied.
    (2) Debtor(s) request(s) **to have payroll deduction sent to debtor spouse's employer.**
    (3) The holder of a type of claim governed by Code Section 1322(b)(5) or (b)(7) shall serve the Trustee, the debtor, and the debtor's counsel with a statement of any increase or decrease of periodic payments prior to the effective date of the adjustment of the payment amounts.
    (4) Upon discharge, all non-purchase money, non-possessory liens and/or judicial/consensual liens in any and al property of the bankruptcy estate will be avoided pursuant to 11 USC §522(f), and upon notice of discharge, the creditors shall cancel said lien(s) of record within fifteen (15) days of such notice. This provision shall apply to all creditors, including:

    (5) $ **105.00** will be assigned to costs and unclassified unsecured creditors. The term of the plan is __5__ years and __0__ months.

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three):

    (i) Debtor will pay all of his disposable income as shown on Form B22C of $ **840.16** to the non-priority unsecured creditors in order to be eligible for a discharge.

- Page 2 -

    (ii)      If the debtor filed a Chapter 7 case, the priority and other unsecured creditors would receive $_____. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge in this case.

    (iii)     The debtor will pay $_____ to the general unsecured creditors to be distributed prorata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid:

    **100%** dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

(p) Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding § 1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the Trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor shall be insured by the debtor. The Chapter 13 Trustee will not and is not required to insure assets and has not liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property affected by property in possession and control of the debtor.

(q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

| | |
|---|---|
| 04/05/2016 | /s/ J. Crissy Sloan |
| Date | Attorney for Debtor |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| **JOHN R. & ALANA W. MCCOY** | : | NO: **16-70009** jtl |
| | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |

## CERTIFICATION OF SERVICE

I certify that I have furnished a true copy of the within and foregoing *Motion and Notice of Filing of Motion for Modification of Plan and Notice of Scheduled Confirmation Hearing* to the Chapter 13 Trustee, Kristin Hurst, P.O. Box 1907, Columbus, Georgia 31902, and to the other parties named in Exhibit "A" attached hereto by depositing the same in the United States Mail, in properly addressed envelopes with sufficient postage thereto affixed to ensure delivery, this ____ day of April, 2016.

_____
F. ANTHONY BLAKEY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 16-70009<br>Middle District of Georgia<br>Valdosta<br>Tue Apr  5 09:42:02 EDT 2016 | JPMorgan Chase Bank, National Association<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 |
| #Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn:  Bankruptcy Dept.<br>P. O. Box 380902<br>Minneapolis, MN 55438-0902 |
| Belk / Synchrony Bank<br>Attn:  Bankruptcy Dept.<br>P. O. Box 965060<br>Orlando, FL 32896-5060 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase Home Mortgage<br>Attn:  Bankruptcy Dept.<br>P. O. Box 24696<br>Columbus, OH 43224-0696 | Chase Manhattan Mortgage<br>Attn:  Bankruptcy Dept.<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Colquitt Regional Medical Center<br>P. O. Box 3697<br>Moultrie, GA 31776-3697 |
| Colquitt Regional Medical Center<br>P. O. Box 40<br>Moultrie, GA 31776-0040 | Colquitt Regional Medical Ctr.<br>c/o Pmab Srvc.<br>435 South Stream Blvd.<br>4th Floor<br>Charlotte, NC 28217 | Colquitt Teachers FCU<br>P. O. Box 2708<br>Moultrie, GA 31776-2708 |
| CornerStone Education Loan Services on behal<br>PO Box 145123<br>Salt Lake City, UT 84114-5123 | Cornerstone / Dept. of Education<br>P. O. Box 61047<br>Harrisburg, PA 17106-1047 | Elizabeth A. Hardy<br>440 Martin Luther King Jr. Blvd.<br>Room 302<br>Macon, GA 31201-7987 |
| Freedom Road Financial<br>Attn:  Bankruptcy Dept.<br>P. O. Box 18218<br>Reno, NV 89511-0218 | FreedomRoad Financial c/o Capital Recovery G<br>PO Box 64090<br>Tucson, AZ 85728-4090 | Georgia Attorney General<br>40 Capital Square SW<br>Atlanta, GA 30334-9057 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kimberly Moody<br>811 E. 18th Ave.<br>Cordele, GA 31015-1743 | Lance Arnett<br>187 Chambers Road<br>Moultrie, GA 31768 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | One Main Financial<br>Attn:  Bankruptcy Real Estate<br>P. O. Box 140489<br>Irving, TX 75014-0489 | OneMain Financial<br>639 Vets Pkwy. S., Ste. 150<br>Moultrie, GA 31788 |
| U. S. Securities and Exchange Commission<br>Atlanta Regional Office<br>Reorganization Branch<br>950 East Paces Ferry Rd NE., Ste. 900<br>Atlanta, GA 30326-1382 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |

Exhibit A

| | | |
|---|---|---|
| United States Attorney<br>Attn: Barbara Parker<br>Post Office Box 1702<br>Macon, GA 31202-1702 | (p)VANDERBILT MORTGAGE AND FINANCE INC<br>P O BOX 9800<br>MARYVILLE TN 37802-9800 | Vanderbilt Mortgage and Finance, Inc.<br>c/o Kenney & Medina, P.C.<br>3302 McGinnis Ferry Road, Ste. 100<br>Suwanee, GA 30024-7133 |
| Yamaha / Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P. O. Box 103106<br>Roswell, GA 30076-9106 | Alana Wilson McCoy<br>1569 Gene McQueen Road<br>Moultrie, GA 31788-1352 | F. Anthony Blakey<br>Kelley, Lovett, and Blakey, PC<br>2539 Lafayette Plaza Drive<br>P.O. Box 70879<br>Albany, GA 31708-0879 |
| John Richmond McCoy<br>1569 Gene McQueen Road<br>Moultrie, GA 31788-1352 | Kristin Hurst<br>Office of the Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902-1907 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One Bank<br>Attn: Bankruptcy Dept.<br>P. O. Box 5155<br>Norcross, GA 30091 | Vanderbilt Mortgage & Finance, Inc.<br>Attn: Bankruptcy Dept.<br>500 Alcoa Trail<br>Maryville, TN 37804 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)Vanderbilt Mortgage and Finance, Inc. | (d)JPMorgan Chase Bank, National Association<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (d)Vanderbilt Mortgage and Finance, Inc.<br>P.O. Box 9800<br>Maryville, TN 37802-9800 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     4<br>Total                  41 | |

Exhibit A